FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002561781

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:
ROBERT LIFSON
TONI LEE BLACK

Address: 5148 FRAZIER MOUNTAIN PK RD
　　　　　TEHACHAPI, CA 93225

Social Security No(s)./TID No(s).
　　xxx-xx-6835
　　xxx-xx-5118

　　　　　Debtor(s).

Case No.: 10-11672-B-13
Chapter 13
Docket Control No.: PWG-001

DATE:　June 2, 2010
TIME:　01:00 p.m.
PLACE:　1300 18th Street, Suite A
　　　　　Bakersfield, California
JUDGE:　Hon. W. Richard Lee

### DEBTORS' MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

TO EACH RESPONDENT CREDITOR AND THEIR ATTORNEY(S) OF RECORD:

　　You are hereby notified that the debtor(s) will, and does, move this court for an order confirming the FIRST MODIFIED CHAPTER 13 PLAN, which is served as Exhibit A to the exhibits supporting this motion, in the above-entitled case. The motion will be made on the grounds that the plan has been transmitted to all creditors and that the plan conforms with the requirements of 11 U.S.C. section 1325.

　　WHEREFORE, the debtor(s) pray(s):

1. that the court confirm the aforementioned Chapter 13 plan of the debtor(s);
2. for any further relief that this court deems just and proper.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: April 15, 2010　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Phillip W. Gillet, Jr. (Bar No. 214914)

---
1
MOTION TO CONFIRM CHAPTER 13 PLAN