MICHAEL H. MEYER, ESQ. #82336
CHAPTER 13 TRUSTEE
P.O. BOX 28950
FRESNO, CA  93729-8950
TELEPHONE:  (559) 275-9512
FACSIMILE : (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 10-11672-B-13K |
| ROBERT LIFSON | |
| TONI LEE BLACK | CHAPTER 13 PROCEEDING |
| | STIPULATION FOR WITHDRAWAL OF PLAN |
| DEBTOR(S) | DATE : APRIL 14, 2010<br>TIME : 1:00 PM<br>PLACE: 1300 18th Street<br>    Bakersfield, CA 93301-<br>JUDGE: W. Richard Lee |

Pursuant to the matter agreed upon at the time of the 341 Meeting in the above-entitled matter the debtor(s) hereby withdraws the current Plan from consideration for confirmation and will file a modified Plan within ten days from the above hearing date and duly notice the same for confirmation.

DATED: APRIL 14, 2010

_____
MICHAEL H. MEYER, Chapter 13 Trustee

_____
ATTORNEY FOR DEBTOR(S)

1