**FILED**

April 01, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003393394

1  EDDIE R. JIMENEZ (CA SBN 231239)
   ERIN L. LANEY (CA SBN 259863)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5
6  Attorneys for GMAC MORTGAGE, LLC
7
8
9              UNITED STATES BANKRUPTCY COURT
10     EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
11  In re                                  Case No. 10-11672-B
12  ROBERT LIFSON AND TONI LEE BLACK,      Chapter 13
13
14                                         **NOTICE OF MONTHLY MORTGAGE
                                           PAYMENT CHANGE**
15           Debtor(s).
16
17
18  Notice is hereby given that the Debtors' Monthly Post-Petition payment to GMAC MORTGAGE,

19  LLC will change, as set forth more fully in the letter dated February 4, 2011, which is attached

20  hereto as **EXHIBIT A** and incorporated herein by this reference.

21
22
23                                         PITE DUNCAN, LLP
24
                                           /s/ Erin L. Laney (CA SBN 259863)
25                                         Attorney for GMAC Mortgage, LLC
26
27
28

- 1 -

**Filed 04/01/11**　　　　　**Case 10-11672**　　　　　　　　　　　　　　　　　　　**Doc 51**

**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1 866 725 0782/Follow the Prompts

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## ESCROW ANALYSIS STATEMENT

```
ACCOUNT NUMBER: ███████4

PROPERTY ADDRESS:
5148 FRAZIER MOUNTAI
FRAZIER PARK CA 93225-0000

ANALYSIS DATE: FEBRUARY 04, 2011
```

```
46680-0000355-001
ROBERT LIFSON M D
TONI BLACK
5148 FRAZIER MOUNTAIN PARK RD
FRAZIER PARK CA  93225-9723
```

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

| Section 1: DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FIRE | OCTOBER 2011 | 1,038.77 | 1,001.71 |
| COUNTY | DECEMBER 2011 | 2,268.20 | 2,257.66 |
| COUNTY | APRIL 2012 | 2,268.20 | 2,257.66 |
| | TOTAL ANNUAL DISBURSEMENTS: | 5,575.17 | 5,517.03 |
| | TOTAL ESCROW PAYMENT: | 464.59 | 459.75 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

```
New Payment Amount:                                              4,086.00
New Payment Effective:                                        MAY 01, 2011
Next Scheduled Analysis:                                      MAY 01, 2012

Payment change:                               New    Prior Analysis
Escrow                                       464.59      459.75


Total                                        464.59      459.75
Principal/Interest                         3,621.41    3,621.41
Total Payment                              4,086.00    4,081.16
```

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

680-0680-1200F

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.**

```
If you are utilizing a military allotment, or third-party company to make payments on your behalf,
please notify your service of any payment changes.
```

## UNRELEASED SURPLUS NOTICE

**GMAC Mortgage**

**THIS IS NOT A CHECK**

| Account Number | Surplus Amount |
|---|---|
| ████████ | 1,018.55 |

```
ROBERT LIFSON M D
TONI BLACK
```

C22043

EXHIBIT A

**Filed 04/01/11**                                **Case 10-11672**                                **Doc 51**

```
ANALYSIS TYPE: 1/6 AGGREGATE                          ACCOUNT NUMBER: ██████████
PROJECTED ESCROW BALANCE AS OF: APRIL 30, 2011              15,523.37  *
```

\* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and
  disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 1,947.82 | 929.27 |
| POC SHTG | 13,575.55 | | 15,523.37 | |
| 05/01/11 | 464.59 | .00 | 15,987.96 | 1,393.86 |
| 06/01/11 | 464.59 | .00 | 16,452.55 | 1,858.45 |
| 07/01/11 | 464.59 | .00 | 16,917.14 | 2,323.04 |
| 08/01/11 | 464.59 | .00 | 17,381.73 | 2,787.63 |
| 09/01/11 | 464.59 | .00 | 17,846.32 | 3,252.22 |
| 10/01/11 | 464.59 | 1,038.77- | 17,272.14 | 2,678.04 |
| 11/01/11 | 464.59 | .00 | 17,736.73 | 3,142.63 |
| 12/01/11 | 464.59 | 2,268.20- | 15,933.12 | 1,339.02 |
| 01/01/12 | 464.59 | .00 | 16,397.71 | 1,803.61 |
| 02/01/12 | 464.59 | .00 | 16,862.30 | 2,268.20 |
| 03/01/12 | 464.59 | .00 | 17,326.89 | 2,732.79 |
| 04/01/12 | 464.59 | 2,268.20- | 15,523.28 | 929.18 L |

```
Current Escrow Balance: 20,302.09-

Esc Rcpts to Eff Dt      Esc Disb Prior to Eff Dt

Due Dt    Due Amt        Disb Date    Disb Amt
10/09        .00         04/10/11     2,268.20
11/09     2,867.55
12/09     8,075.01 *


*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.
```

```
L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
                    15,523.28

     MAXIMUM PERMITTED LOW-POINT:  (EXCLUDING MIP)
                    929.18
```

Section 3:  ➡  

| SURPLUS | 1,018.55 |
|---|---|

ESCROW ACCOUNT ACTIVITY (MARCH 01, 2010 - APRIL 30, 2011)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 12/01/09 | PAYMENT | 536.01 | 2,100.83 | | .00 | 25,237.46- |
| 12/01/09 | TAX | 2,257.66- | 2,100.83 | | .00 | 25,237.46- |
| 01/01/10 | PAYMENT | 536.01 | 2,636.84 | | .00 | 25,237.46- |
| 02/01/10 | PAYMENT | 536.01 | 3,172.85 | | .00 | 25,237.46- |
| BEGINNING BALANCE | | | 2,257.66 | | | 25,237.46- |
| 03/01/10 | PAYMENT | 459.75 | 2,717.41 | TAX | 2,257.66- | 27,495.12- |
| 04/01/10 | PAYMENT | 459.75 | 919.50 | | .00 | 27,495.12- |
| 04/01/10 | TAX | 2,257.66- | 919.50 | | .00 | 27,495.12- |
| 05/01/10 | PAYMENT | 459.75 | 1,379.25 | | .00 | 27,495.12- |
| 06/01/10 | PAYMENT | 459.75 | 1,839.00 | | .00 | 27,495.12- |
| 07/01/10 | PAYMENT | 459.75 | 2,298.75 | | .00 | 27,495.12- |
| 08/01/10 | PAYMENT | 459.75 | 2,758.50 | | .00 | 27,495.12- |
| 09/01/10 | PAYMENT | 459.75 | 3,218.25 | FIRE | 1,038.77- | 28,533.89- |
| 10/01/10 | PAYMENT | 459.75 | 2,676.29 | PAYMENT | 5,250.00 | 23,283.89- |
| 10/01/10 | FIRE | 1,001.71- | 2,676.29 | | .00 | 23,283.89- |
| 11/01/10 | PAYMENT | 459.75 | 3,136.04 | PAYMENT | 1,750.00 | 23,802.09- |
| 11/01/10 | | .00 | 3,136.04 | TAX | 2,268.20- | 23,802.09- |
| 12/01/10 | PAYMENT | 459.75 | 1,338.13 | PAYMENT | 1,750.00 | 22,052.09- |
| 12/01/10 | TAX | 2,257.66- | 1,338.13 | | .00 | 22,052.09- |
| 01/01/11 | PAYMENT | 459.75 | 1,797.88 | PAYMENT | 1,750.00 | 20,302.09- |
| 02/01/11 | PAYMENT | 459.75 | 2,257.63 | | .00 | 20,302.09- |

CERTIFICATE OF SERVICE BY MAIL

　　　I, Sarah Fosu-Mensah, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

　　　I served the attached NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE by placing a true copy thereof in an envelope addressed to:

Phillip W. Gillet, Jr.
1705 27th St
Bakersfield, CA 93301-2807

Robert Lifson
Toni Lee Black
5148 Frazier Mountain Park Road
Frazier Park, CA 93225

Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950


which envelope was then sealed and postage fully prepaid thereon, and thereafter on March 30, 2011, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

　　　I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2011　　　　　　　　　/s/Sarah Fosu-Mensah
　　　　　　　　　　　　　　　　　　　　SARAH FOSU-MENSAH

## SERVICE LIST

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| | **DEBTOR(S)** |
| | Robert Lifson |
| | Toni Lee Black |
| | 5148 Frazier Mountain Park Road |
| | Frazier Park, CA 93225 |
| | |
| | **DEBTOR (S) ATTORNEY** |
| | Phillip W. Gillet Jr. |
| | 1705 27th Street |
| | Bakersfield, CA  93301-2807 |
| | |
| | **CHAPTER 13 TRUSTEE** |
| | Michael H. Meyer |
| | PO Box 28950 |
| | Fresno, CA 93729-8950 |