Filed 05/09/12     Case 10-11672     Doc 56
```
FILED
May 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
                          D56
```

MICHAEL H. MEYER
CHAPTER 13 STANDING TRUSTEE
PO BOX 28950
FRESNO, CA 93729
TELEPHONE (559) 275-9512

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

ROBERT LIFSON
XXX-XX-6835
TONI LEE BLACK
XXX-XX-5118      Debtor(s)

CASE NO: 10-11672-B-13K

CHAPTER 13

**NOTICE OF DEFAULT AND INTENT TO DISMISS CASE**

    Michael H. Meyer, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case as provided by Paragraph 7 of General Order 05-03 on the following grounds:

    Pursuant to 11. U.S.C. § 1307(c), cause exists to dismiss this case as Debtor(s) failed to make all payments due under the plan. As of May 09, 2012, payments are delinquent in the amount of $7,403.21. An additional payment of $7,421.61 will be due on the 25th day of this month. Additional payments will be due as set forth in the plan. A list of payments received by the Trustee is attached as Exhibit A.

**NOTICE IS HEREBY GIVEN** that paragraph 7 of General Order 05-03 provides that if the Debtor fails to make any plan payment pursuant to a confirmed plan, including direct payments to creditors, the Trustee may mail to the Debtor and Debtor's attorney written notice of the default. If the Debtor believes that there is no such default, the Debtor shall set a hearing within 30 days of the mailing of the notice with 14 days notice to the Trustee. If the court concludes that there has been a default, the case will be dismissed. Alternatively, the Debtor may acknowledge that payments have not been made and, within 30 days of the mailing of the notice, either cure the default by payment or by filing a modified plan and a motion to confirm the modified plan. If the Debtor's financial condition has materially changed, amended Schedules I and J shall be filed with the motion to modify. If the Debtor fails to timely set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified plan and motion, or perform the modified plan pending its approval, or obtain approval of the modified plan, the case will be dismissed without a hearing on the Trustee's application.

Dated: May 09, 2012

/s/Michael H. Meyer
_____
Michael H. Meyer
Chapter 13 Standing Trustee

**Exhibit A to Notice of Default**                    **Case No.:** 10-11672-B-13K

ROBERT  LIFSON
TONI  BLACK

| Date Posted | Transaction Type | Source | Check/MO# | Amount |
|---|---|---|---|---|
| 03/30/2012 | Receipt | 312310475 | | 7,403.21 |
| 02/28/2012 | Receipt | 312310378 | | 7,403.21 |
| 02/01/2012 | Receipt | 312127239 | | 7,403.21 |
| 01/04/2012 | Receipt | 312310016 | | 7,403.21 |
| 12/02/2011 | Receipt | 312127129 | | 7,403.21 |
| 11/01/2011 | Receipt | 311950113 | | 7,403.21 |
| 10/04/2011 | Receipt | 311949862 | | 7,403.21 |
| 08/29/2011 | Receipt | 311949659 | | 7,403.21 |
| 07/26/2011 | Receipt | 311775952 | | 7,403.21 |
| 06/24/2011 | Receipt | OFFICIAL CHECK | 5492 | 7,403.21 |
| 05/25/2011 | Receipt | CASHIERS CHECK | 2078 | 7,403.21 |
| 04/25/2011 | Receipt | OFFICIAL CHECK | 9417 | 6,908.97 |
| 03/28/2011 | Receipt | OFFICIAL CHECK | 9212 | 6,908.97 |
| 02/25/2011 | Receipt | CASHIERS CHECK | 1935 | 4,784.91 |
| 01/27/2011 | Receipt | OFFICIAL CHECK | 1689 | 7,490.00 |
| 12/27/2010 | Receipt | OFFICIAL CHECK | 7571 | 7,490.00 |
| 11/29/2010 | Receipt | CASHIERS CHECK | 6199 | 7,490.00 |
| 10/25/2010 | Receipt | OFFICIAL CHECK | 1995 | 7,490.00 |
| 09/27/2010 | Receipt | OFFICIAL CHECK | 8933 | 7,490.00 |
| 08/26/2010 | Receipt | OFFICIAL CHECK | 8627 | 7,490.00 |
| 07/26/2010 | Receipt | OFFICIAL CHECK | 8508 | 7,971.00 |
| 06/24/2010 | Receipt | CC | 5973 | 7,971.00 |
| 05/25/2010 | Receipt | CC | 5902 | 7,490.00 |
| 04/23/2010 | Receipt | OFFICIAL CHECK | 4991 | 7,490.00 |
| 03/22/2010 | Receipt | OFFICIAL CHECK | 5223 | 6,969.00 |

**Gross Debtor Receipts:**  182,869.16
**Less Debtor Refunds:**  0.00
**Net Debtor Receipts:**  **182,869.16**